UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LAWANDA JOHNSON,

    Defendant.

Case No. CR09-5703RJB

ORDER DENYING DEFENDANT'S MOTION TO RECUSE

This matter comes before the court on the above-referenced motion (Dkt. 38). The court is familiar with the records and files herein and documents filed in support of the motion. For the following reasons, the motion should be denied.

The undersigned and Assistant United States Attorney Loitz were partners in the law firm of Riddell Williams from 1984 to 1986. We did not work closely together on any matters. At that time, Riddell Williams had approximately 45 lawyers and 20 partners. Ms. Loitz and the undersigned never had a close relationship outside of work, and now have no relationship except the kind of professional friendship that every judge has with scores of lawyers who practice before them. The defendant has nothing to fear from such a relationship, and the court believes that there are no reasonable grounds to question the court's impartiality in the pending case. Therefore, the Motion to

ORDER DENYING DEFENDANT'S MOTION TO RECUSE - 1

Recuse should be denied.

Nevertheless, the court understands that the defendant may not be satisfied with the foregoing conclusion, and the court, as a senior judge, is not obligated to take case assignments, and accordingly, the court will simply designate the above-entitled case for reassignment. Therefore, it is now

ORDERED that Defendant's Motion to Recuse (Dkt. 38) is denied.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 15th day of December, 2009.

Robert J. Bryan
United States District Judge