Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5703RBL |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| LAWANDA JOHNSON and ANTOINE JOHNSON, MD., | |
| Defendants. | |

Having read the Declaration of Margaret Ogden and the attachments, which were filed under seal, and Government's Motion to Seal requesting that the Declaration of Margaret Ogden and attachments be allowed to remain under seal,

It is hereby ORDERED that the Declaration of Margaret Ogden and attachments in this matter shall remain sealed.

DATED this 15th day of February, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL — 1
CR09-5703RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970